NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CHANBOND, LLC,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Appellee*

———————————

2018-1886

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01744.

———————————

**JUDGMENT**

———————————

ROBERT WHITMAN, Mishcon de Reya New York LLP, New York, NY, argued for appellant. Also represented by MICHAEL DEVINCENZO, ANDREA PACELLI.

WAYNE O. STACY, Baker Botts LLP, San Francisco, CA, argued for appellee. Also represented by SARAH J. GUSKE; KATHRYN JUFFA, Dallas, TX.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


August 9, 2019                    /s/ Peter R. Marksteiner
Date                                   Peter R. Marksteiner
                                          Clerk of Court